| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LIU LIU, | ) | |
| | ) | No. C 09-3317 JF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** |
| | ) | [~~PROPOSED~~] **ORDER** |
| JANET NAPOLITANO, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| CAROL KELLER, Officer in Charge | ) | |
| San Jose USCIS Field Office Director, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's application for alien relative and her adjustment of status application.

///

///

///

///

Stipulation to Dismiss
C09-3317 JF                                                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: September 24, 2009                             Respectfully submitted,

3 |                                                                           JOSEPH P. RUSSONIELLO
     United States Attorney

4

5

6 |                                                                                    /s/
     ILA C. DEISS[1]
     Assistant United States Attorney
7 | Attorney for Defendants

8

9 | Dated: September 24, 2009                                       /s/
     JUSTIN X. WANG
10 | Attorney for Plaintiff

11

12

13 | **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.
14

15

16 | Date:  9/25/09

     JEREMY FOGEL
17 | United States District Judge

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C09-3317 JF                                               2